JENNIE DEUTSCH, Respondent, v. THE BANK OF UNITED STATES and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within ten days from

service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.